**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| Keair Boyd, | Case No. 2:25-cv-01406-APG-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

    Plaintiff submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

    If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, they must do so.

    IT IS ORDERED that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

    IT IS FURTHER ORDERED that by September 8, 2025, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED: August 8, 2025

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE